UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL RICHARDSON,<br><br>        Plaintiff,<br><br>v.<br><br>FANNIE MAE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:05CV01422<br>) Judge Ellen Segal Huvelle<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

Upon consideration of Defendant Fannie Mae's Motion to Compel Arbitration and Dismiss the Complaint, and in light of the authority Defendant has presented, it is

**ORDERED** that Defendant's Motion to Compel Arbitration and Dismiss the Complaint be, and hereby is, **GRANTED**, and that this matter be referred to arbitration consistent with the parties' arbitration agreement. It is

**FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED**.

_____                            _____
Date                                                                Ellen Segal Huvelle
                                                                                U.S. District Court Judge