UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FANNIE MAE, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV01422<br>Judge Ellen Segal Huvelle |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant files this Corporate Disclosure Statement. Defendant is a corporation chartered by the United States Government and headquartered in Washington, D.C. It has no parent company, and no person or entity owns 10% or more of its stock.

Dated: July 29, 2005                                          Respectfully submitted,

                                                              By: /s/ Susan A. Littell
                                                              Susan A. Littell
                                                              D.C. Bar No. 458444
                                                              DICKSTEIN SHAPIRO MORIN
                                                                & OSHINSKY LLP
                                                              2101 L Street, N.W.
                                                              Washington, D.C. 20037-1526
                                                              (202) 785-9700

                                                              Attorneys for Defendant
                                                              Fannie Mae

## CERTIFICATE OF SERVICE

I hereby certify that, on July 29, 2005, I caused a copy of Defendant's Corporate Disclosure Statement to be served by first class mail, postage prepaid to:

> Crystal Richardson
> 10482 Baltimore Ave.
> Beltsville, Maryland  20705
>
> *Pro se*

/s/ David Schur
David Schur

DSMDB.1961509.1