UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL RICHARDSON,<br><br>           Plaintiff,<br><br>     v.<br><br>FANNIE MAE,<br><br>           Defendant. | Civil Action No. 1:05CV01422<br>Judge Ellen Segal Huvelle |

### RULE LCvR 7.1 CERTIFICATE

      I, the undersigned, counsel of record for Defendant Fannie Mae, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fannie Mae which have any outstanding securities in the hands of the public. <u>Not applicable.  Fannie Mae does not have any parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public.</u>

      These representations are made in order that judges of this court may determine the need for recusal.

Dated:  July 29, 2005                         Respectfully submitted,

                                                      By: <u>/s/ Susan A. Littell</u>
                                                        Susan A. Littell
                                                        D.C. Bar No. 458444
                                                       DICKSTEIN SHAPIRO MORIN
                                                          & OSHINSKY LLP
                                                       2101 L Street, N.W.
                                                       Washington, D.C.  20037-1526
                                                       (202) 785-9700

                                                       Attorneys for Defendant
                                                       Fannie Mae

DSMDB.1961506.1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 29, 2005, I caused a copy of Defendant's LCvR 7.1 Certificate to be served by first class mail, postage prepaid to:

>Crystal Richardson
>10482 Baltimore Ave.
>Beltsville, Maryland  20705
>
>*Pro se*

>/s/ David Schur
>David Schur