UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL RICHARDSON,<br><br>          Plaintiff,<br><br>     v.<br><br>FANNIE MAE,<br><br>          Defendant. | Civil Action No. 1:05CV01422<br>Judge Ellen Segal Huvelle |

## NOTICE OF APPEARANCE

Please enter the appearance of Deborah P. Kelly, Esquire, of Dickstein Shapiro Morin & Oshinsky LLP, 2101 L Street, N.W., Washington, D.C. 20037, as counsel for Defendant Fannie Mae.  Susan Littell, Esquire, also of Dickstein Shapiro Morin & Oshinsky LLP, will continue as counsel for Fannie Mae in this action.

Dated:  August 16, 2005

Respectfully submitted,

By: /s/ Deborah P. Kelly
Deborah P. Kelly
D.C. Bar No. 420175
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C.  20037-1526
(202) 785-9700

Attorneys for Defendant
Fannie Mae

DSMDB.1968553.1

## CERTIFICATE OF SERVICE

I hereby certify that, on August 16, 2005, I caused a copy of Defendant's Notice of Appearance to be served by first class mail, postage prepaid to:

> Crystal Richardson
> 10482 Baltimore Ave.
> Beltsville, Maryland  20705
>
> *Pro se*

> /s/ David Schur
> David Schur

2

DSMDB.1968553.1