SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Crystal Richardson )
    Plaintiff(s) )   Civil Action No. 2005 CA 004970 B
                          )
                          )   05 CV 1422
    vs. )                      ESH
Fannie Mae )
    Defendant(s) )

FILED
CIVIL ACTIONS BRANCH
AUG 1 2 2005
Superior Court
of the District of Columbia
Washington, D.C.

AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

I, Crystal Richardson, under oath do hereby state the following:

That my age and birth date are as follows: 43, January 6, 1962

That my residential or business address is: 10482 Baltimore Ave., Beltsville, MD 20705

That a copy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant June 28th, 2005 _____ by registered/certified mail.

That the return receipt attached hereto was signed by _____, the Defendant herein or _____, a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt show the date of delivery as _____.

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4(e)(2) and 4(c)(3).

SPECIFIC FACTS

_____
Signature

Subscribed and sworn to before me this 28th day of June 2005

_____
Deputy Clerk/Notary Public

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $0.37 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $3.50 |
| Total Postage & Fees | $ | $7.92 |

7005 0390 0002 6296 1365

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fannie Mae
   4000 Wisconsin Ave, NW
   Washington, DC 20016
   Attn: Anne Kappler
   Registered Agent

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 6-JA-05
D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Transfer from service label)
   7005 0390 0002 6296 1365

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540