UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CRYSTAL RICHARDSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-1422 |
| : | (ESH) |
| **FANNIE MAE,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Given plaintiff's failure to respond to defendant's Motion to Dismiss, despite a Court Order dated August 10, 2005, that notified plaintiff that she was required to respond to defendant's motion, it is this 12th day of September, 2005, hereby

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

                    s/
ELLEN SEGAL HUVELLE
United States District Judge